# Exhibit A

# Thompson Wigdor & Gilly LLP Report

# Filed Under Seal